**668**

ESTHER SERLIN, Respondent, v. CITY OF NEW YORK, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

FANNIE L. SIEGELSTEIN, Suing in Her Own Behalf as a Stockholder and in Behalf of Other Stockholders of Republic Steel Corporation Similarly Situated, Respondent, v. JAMES BRUCE et al., Appellants, et al., Defendants.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.

GERTRUDE WELZ, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.